IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02128-DME-CBS

MARY "KAY" McMANUS,

       Plaintiff,

v.

MORRISON HOMES OF COLORADO, INC., and
KATHY CURTIS,

       Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE**

---

       THIS MATTER COMES BEFORE the Court on the parties' Stipulated Motion for Dismissal With Prejudice. The Court has considered this subject motion and believes itself fully advised.

       IT IS ORDERED THAT the stipulated motion of the parties is granted and it is further ordered that this civil action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

       DATED this __30th__ day of November, 2007.

                                      *s/ David M. Ebel*
                                      _____
                                      David M. Ebel
                                      United States Circuit Judge